## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GENE SHANNON,** | ) | **CASE NO. 8:08CV524** |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| **ROBERT P. HOUSTON,** | ) | |
| Respondent. | ) | |

This matter is before the Court on the Petitioner's motion for reconsideration (Filing No. 29).

IT IS ORDERED that the Petitioner's motion for reconsideration (Filing No. 29) is denied.

DATED this 28th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge